**FILED**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

OCT 0 4 2012

TIMOTHY M. O'BRIEN, Clerk

By_____Deputy

UNITED STATES OF AMERICA, )
)
     Plaintiff, )
)
vs. )     **Case No. 12-MJ-8218-DJW**
)
CASEY A. ELLIS, )
)
     Defendant. )
_____)

## CRIMINAL COMPLAINT

I, William Johnson, being duly sworn, declare and state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

On or about August 11, 2012, in the District of Kansas, the defendant,

### CASEY A. ELLIS,

did knowingly, intentionally and unlawfully possess a firearm, that is, a .45 caliber Smith & Wesson pistol, serial number VBT3283, who had been convicted on June 22, 2012, case number 2011CR0686, of Criminal Possession of a Firearm, in the District court of Wyandotte County, Kansas; a crime which was punishable under the laws of the State of Kansas by imprisonment for a term exceeding one year, knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received a firearm, namely, a .45 caliber Smith & Wesson pistol, serial number VBT3283, and ammunition; which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The following facts were made known to me by personal observation or from information which I received from ATF Special Agents, Kansas City Kansas Police Department (KCKPD) Officers, and/or from other individuals:

1. That I have been a law enforcement officer with the Kansas City Kansas Police Department (KCKPD) since November 1, 1990. I am currently assigned to a Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force in Kansas City and hold a Special Deputation Appointment under the authority of the United States Department of Justice and the United States Marshals Service. During the course of my employment, I have received training in investigations sponsored by the Kansas City Metropolitan Metro Squad and the ATF. I have also participated in numerous firearm and narcotic related investigations, which led to the prosecution of suspects. To date, I have participated in the execution of several search warrants that resulted in felony arrests and the confiscation of firearms and narcotics.

2. On August 11, 2012, at approximately 2:59 a.m., Kansas City, Kansas Police Department (KCKPD) officers were dispatched to 1359 Roswell on reports of a shooting. Officers could hear gunshots being fired as they arrived at the scene and saw a black male wearing a white t-shirt covered in blood and blue shorts. The subject was armed with a silver handgun and was standing over a person who was lying on the ground. Officers ordered the subject to drop the firearm, at which time the subject took off running. Officers chased the subject on foot and saw him get into a red Toyota Celica and drive away.

3. KCKPD officers initiated a vehicle pursuit and followed the vehicle into Missouri. The vehicle became disabled and came to a stop near mile marker 10.4 on

Interstate 635 northbound. KCKPD officers, with assistance from officers with Riverside, Missouri Police Department, took Casey A. Ellis into custody.

4. Officers learned that several individuals had been shot at 1359 Roswell and that two of them had been killed. Ellis was taken into custody and was transported to the Riverside Police Department headquarters.

5. During the processing of the crime scene, officers recovered a .45 caliber Smith & Wesson pistol, serial number VBT3283, from underneath a camper in the area where officers had chased Ellis on foot. The firearm was loaded with two rounds in the magazine and one round in the chamber. Officers also recovered one spent .45 caliber shell casing near the homicide victim's body where Ellis had been seen by officers standing with a gun.

6. KCKPD detectives responded to the Riverside Police Department in an attempt to interview Ellis. Detectives advised Ellis of his *Miranda* rights and requested that he answer questions regarding the incident. Ellis agreed to speak with detectives and provided a statement.

7. In his statement, Ellis admitted to arriving at 1359 Roswell armed with a .45 caliber Smith & Wesson pistol and said he had hid the firearm on the side of the house before going inside. The house is a clubhouse belonging to The Egyptian Cobras Motorcycle Club and Ellis told detectives that he had hidden the firearm because he knew he would be patted down before being allowed entry into the club.

8. Ellis told detectives that shortly after going inside he heard gunshots and went outside to find out what had happened. Ellis said he saw his aunt lying on the ground outside and that she had apparently been shot. Ellis told detectives that he

retrieved his firearm from where he had placed it and that he had it when he ran from officers who had responded to the scene. Ellis denied ever firing the gun at anytime during the incident.

9. Ellis admitted to throwing the firearm down while being chased on foot by the police and to fleeing the area in the red Toyota. Ellis told detectives that he had fled due to having a warrant for his arrest.

10. A search of Ellis' criminal history revealed a prior felony conviction for Criminal Possession of a Firearm dated June 22, 2012, in Wyandotte County, Kansas District Court, criminal case number 2011CR0686. The prior felony conviction prohibits Ellis from the possession of a firearm.

11. On October 4, 2012, ATF Task Force Officer William Johnson contacted Special Agent Bruce Stukey, an ATF Interstate Nexus Expert, who verbally advised that the Smith & Wesson pistol recovered in this case was not manufactured in Kansas, and would have traveled through interstate commerce.

WHEREFORE, affiant respectfully requests that an arrest warrant be issued authorizing the Bureau of Alcohol, Tobacco, Firearms and Explosives, with appropriate assistance from other law enforcement officers, to arrest Casey A. Ellis for the aforementioned violation.

WILLIAM JOHNSON
TFO ATF

Sworn to before me and subscribed in my presence this 4th day of October, 2012, at Kansas City, Kansas.

HONORABLE DAVID J. WAXSE
United States Magistrate Judge
District of Kansas

Penalties:

COUNT 1 -

- ■ NMT 10 years Imprisonment,
- ■ NMT $250,000.00 Fine,
- ■ NMT 3 years S.R., and
- ■ $100 Special Assessment.